

Villanova University School of Law

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-30-2012

# Jose Rodas-Leon v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-2446

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Jose Rodas-Leon v. Atty Gen USA" (2012). *2012 Decisions.* Paper 1081.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1081

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-2446
_____

JOSE RODAS-LEON,
                                        Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
                                        Respondent

_____

On Petition for Review of an Order of the
Board of Immigration Appeals
(Agency No. A097-523-887)
Immigration Judge:  Honorable Annie S. Garcy

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
April 11, 2012

Before:  FUENTES, JORDAN and VAN ANTWERPEN, Circuit Judges

(Opinion filed: April 12, 2012)
_____

ORDER AMENDING OPINION
_____


The motion by Respondent to amend the opinion is granted.  The not precedential
opinion, filed April 12, 2012, is amended as follows:

The text in footnote 2 is hereby deleted and replaced with the following language:

In an order entered July 18, 2011, we directed the parties to address in their briefs
whether the BIA's May 6, 2011 order constitutes a final order of removal over

which we may exercise jurisdiction.  Notably, Rodas-Leon, who is represented by counsel, did not address that specific question in his brief.

This amendment does not change the date of filing, April 12, 2012.


                                        BY THE COURT,


                                        /s/   Kent A. Jordan
                                        Circuit Judge

Dated: 30 April 2012